IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**STEWART LEE BRASWELL,**

      **Plaintiff,**

**vs.**                             **Case No. 4:08cv252-RH/WCS**

**H POD TREATMENT TEAM, et al.,**

      **Defendants.**

_____/


## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.

In an order filed October 1, 2008, Plaintiff was directed to file an amended complaint by November 3, 2008, and warned him of dismissal if he failed to respond. Doc. 17.  Because it was unclear whether or not Plaintiff received that order, an order was entered on November 12, 2008, giving the Plaintiff one final opportunity to file his amended complaint or show cause why his case should not be dismissed for his failure to respond to a court order.  Doc. 19.  To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).

Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on December 11, 2008.


<u>s/ William C. Sherrill, Jr.</u>
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**